AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  5:19-cv-02466

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Sofdesk Inc

was received by me on *(date)*          06/06/2019

**FILED**

**JUL - 8 2019**

☐ I personally served the summons on the individual at *(place)*

on *(date)*

KATE BARKMAN, Clerk
By_____Dep. Clerk

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

☐ I returned the summons unexecuted because                                                     ; or

☑ Other *(specify)*    Served in accord with the Hague Convention on the Service Abroad of Judicial and
Extrajudicial Documents, Article 10(a) and FRCP 4(f)(1), via International Registered Mail,
Return Receipt Requested, Number RF197458284US.
Delivered June 18, 2019.

My fees are $     5.00     for travel and $     33.43     for services, for a total of $     38.43

I declare under penalty of perjury that this information is true.

Date:     07/02/2019

*Server's signature*

Andrew R. Perrong
*Printed name and title*

1657 The Fairway #131
Jenkintown, PA 19046

*Server's address*

Additional information regarding attempted service, etc:
Proof of mailing, tracking information, and return receipt indicating proof of delivery are attached.
Date of delivery/service: June 18, 2019.



**PS Form 3806, Registered Mail Receipt**
April 2015. PSN 7530-02-000-9051
*Copy 1 - Customer*
*(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM**

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing

**Insurance Coverage**
Domestic: Insurance up to $50,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service regulations in the Domestic Mail Manual (DMM) which sets forth the specific types of coverage terms of insurance and conditions of payment. The DMM is available online at http://pe.usps.com Limitations on coverage include but are not limited to the following

Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing (2) the cost of repairs or (3) the limit fixed for the insurance coverage obtained

No coverage is provided for articles improperly packaged or too fragile to withstand normal handling concealed damage spoilage of perishable items prohibited articles consequential losses or delay

Other limitations are set forth in the DMM Coverage terms and limitations are subject to change

International: Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM) and Individual Country Listings online at http://pe.usps.com for limitations of coverage prohibitions and restrictions. The sender receives payment for an international claim for a lost article or for damaged and/or missing contents, unless the sender waives the right to payment in writing in favor of the addressee

**Filing a Domestic Claim**
Claim for loss File a claim no sooner than 15 days but no later than 60 days from the mailing date for an APO/FPO/DPO item file no later than 1 year from the mailing date Retain the original mailing receipt and proof of value

Claim for damage or missing contents File a claim immediately but no later than 60 days from the mailing date Retain the original mailing receipt and proof of value and also retain the article and mailing container

Please file your domestic claim online at www.usps.com/domestic-claims If you are unable to file online call toll free 800-275-8777 for additional information

**Filing an International Claim**
Before initiating an inquiry on an item mailed to a foreign country allow sufficient time for delivery of the mailpiece in the foreign country

To report the loss, damage or missing contents of an item sent to a foreign country please call our International Research Group at 300-222-1811 You will be asked to provide the relevant information regarding the item, including but not limited to the following 1) Item number appearing under the barcode 2) names addresses and telephone numbers of the mailer and addressee and 3) date of mailing

The International Research Group will correspond with the respective post in the foreign country Upon determination that a claim for the item should be initiated we will provide you with a claim packet which includes instructions on how to complete and submit the claim

Inquiries and claims for loss of an international registered item must be filed within 6 months of the date of the mailing File an inquiry for damage or for complete or partial loss of contents immediately but no later than 60 days from the mailing date

PS Form **3806**, April 2015 *(Customer Copy - Reverse)* PSN 7530-02-000-9051

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

Remove ✕

**Tracking Number:** RF197458284US

Your item was delivered in CANADA at 11:30 am on June 18, 2019.

## ⊘ Delivered

June 18, 2019 at 11:30 am
Delivered
CANADA

Get Updates ∨

Feedback

---

**Text & Email Updates**                                                    ∨

---

**Tracking History**                                                        ∧

June 18, 2019, 11:30 am
Delivered
CANADA
Your item was delivered in CANADA at 11:30 am on June 18, 2019.

June 11, 2019, 1:40 pm
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

June 11, 2019, 1:38 pm
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**June 11, 2019**
In Transit to Next Facility


**June 8, 2019, 1:31 pm**
USPS in possession of item
'SOUTHAMPTON, PA 18966


.

---

## Product Information ⌃


**Postal Product:**
First-Class Package International Service

**Features:**
Registered Mail™
Return Receipt

---

**See Less ⌃**

Feedback

. ---

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

| Item Description (Nature de l'envoi) | Registered ☑ Article (Envoi recommandé) | ☑ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail Inter-national |
|---|---|---|---|---|---|

**Completed by the office of origin. (A remplir par le bureau d'origine.)**

| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number |
|---|---|---|

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
|---|---|

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Acqware Sofdesk inc

Street and No. (Rue et No.)
642 De Courcelle St. PH4

Place and Country (Localité et pays)
Montreal QC H4C 3C5 Canada

**Completed at destination. (A compléter à destination.)**

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination ou, si c'est règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

| Signature of Addressee (Signature du destinataire) E.P | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |
|---|---|

PS Form **2865**, March 2007 (Reverse)  PSN 7530-01-000-9775

---

**UNITED STATES POSTAL SERVICE®**

## Return Receipt for International Mail
(Registered™, Insured and Express Mail®)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
James E. Shelton

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

316 Covered Bridge Rd.

Street and Number (Rue et no.)
King of Prussia PA 19406

City, State, and ZIP + 4® (Localitié et code postal)

UNITED STATES OF AMERICA                Etats-Unis d'Amérique

| PS Form **2865**, March 2007 | *Avis de réception* | **CN07** (Old C5) |
|---|---|---|



Andrew R  Perrong
1657 The Fairway #131
Jenkintown, PA 19046

U.S.M.S.
U - X - R A Y

Clerk's Office
USDC EDPA
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

USA Olympics 1980
15c

FOREVER
C27 806 1304 1137