## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON <br><br> Plaintiff <br><br> v. <br><br> TRIFECTA SOLAR LLC, ELAM Z. BEILER, & SOFDESK, INC. <br><br> Defendants | No. 5:19-cv-02466 |

**FILED**
JUL 12 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

### STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' COUNTERCLAIM

It is hereby stipulated and consented by and between the *pro se* Plaintiff James Everett Shelton and counsel for Defendants Trifecta Solar LLC and Elam Z. Beiler ("Defendants"), that the date by which Plaintiff must answer, move, or otherwise respond to Defendants' Counterclaim is hereby extended by fourteen (14) days through Friday, July 19, 2019.

*/s/ James Everett Shelton*
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com
*Plaintiff, Pro Se*

*/s/ Eric L. Winkle*
BYLER & WINKLE, P.C.
Identification No. 57946
363 West Roseville Road
Lancaster, PA 17601
(717) 560-6330
ewinkle@bylerwinkle.com
*Attorney for Defendants:*
*Trifecta Solar LLC & Elam Z. Beiler*

Dated: July 2, 2019

**IT IS SO ORDERED.**

BY THE COURT:

_____
Honorable Joseph F. Leeson, Jr.
United States District Judge
July 12, 2019

ENTERED
JUL 12 2019
CLERK OF COURT